GLOBAL PROCESS SERVICE CO., INC.
291 BROADWAY SUITE 1504
NEW YORK, NY 10007
LIC. # 887-054

UNITED STATES DIST. COURT SOUTH, DIST, NY
COUNTY OF NEW YORK

Index No.

PORTAGE WORLD-WIDE, INC. ET ANO

Plaintiff(s)

- against -

**AFFIDAVIT OF SERVICE**

MANHATTAN PORTAGE LTD ET AL

Defendant(s) SUMMONS AND AMENDED COMPLAINT

STATE OF NEW YORK: COUNTY OF NEW YORK        ss:

TONY DONADIO        BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 04/14/08 at 1115AM Hours at C/O MANHATTAN PORTAGE LTD 77 CORNELL STREET, RM 312  KINGSTON, NEW YORK        on
deponent served the within SUMMONS AND AMENDED COMPLAINT        therein named,

JOHN PETERS

**INDIVIDUAL**
X A ☐        by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein.                    X        (S) He identified (her) himself as such.

**CORPORATION**
B ☐        a (domestic) (foreign) corporation by delivering thereat a true copy of each to personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be        thereof

**SUITABLE AGE PERSON**
C ☐        by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state.        ☐        (S) He identified (her) himself as        of recipient

**AFFIXING TO DOOR, ETC.**
D ☐        by affixing a true copy of each to the door of said premises, which is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there on the dates below:

**MAILING USE WITH C or D**
☐        Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above recipient at        and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.
Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|-----|-----------|-----------|---------------|------------------|------------------|
| MALE | WHITE | BROWN | 50 | 6' | 180 |

**MILITARY SERVICE**
X ☐        Above person has asked, whether the recipient (s) was (were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient (s) is (are) not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person (s) so served as aforesaid to be the same person (s) mentioned and described as the defendant(s) in this action.

**USE IN NYC CIVIL CT.**
☐        The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons (es).

Sworn to before me on the

04/14/08

SANDRA FARRON
Notary Public, State of New York
No. 01FA4784241
Qualified in Nassau County
Commission Expires Sept. 30, 2009

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 1997
2011

TONY DONADIO
LICENSE No.

# 116968