UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PORTAGE WORLD-WIDE, INC. and
SU-HWEI LIN,

                Plaintiffs,

-against-

MANHATTAN PORTAGE, LTD.; JOHN
PETERS; JOHN WONG; and SERVICE
RETAIL UNLIMITED, INC.,

                Defendants.

<u>Rule 7.1 Statement</u>

Docket No. 08 CV 1660 (JGK)

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Manhattan Portage, Ltd (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    None.

Dated: New York, New York
        June 30, 2008

KAUFMANN, FEINER, YAMIN,
GILDIN & ROBBINS LLP
Attorneys for Defendant Manhattan Portage, Ltd

By _/s/ Kevin M. Shelley_____
    Kevin M. Shelley (KS8149)
    777 Third Avenue
    New York, New York 10017
    212.755.3100