UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PORTAGE WORLD-WIDE, INC. and SU-HWEI LIN,<br><br>                        Plaintiffs,<br><br>-against-<br><br>MANHATTAN PORTAGE, LTD.; JOHN PETERS; JOHN WONG; and SERVICE RETAIL UNLIMITED, INC.,<br><br>                        Defendants. | **Rule 7.1 Statement**<br><br>Docket No. 08 CV 1660 (JGK) |

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Service Retail Unlimited, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    None.

Dated: New York, New York
          June 30, 2008

KAUFMANN, FEINER, YAMIN,
GILDIN & ROBBINS LLP
Attorneys for Defendant Service Retail Unlimited, Inc.

By _/s/ Kevin M. Shelley_____
    Kevin M. Shelley (KS8149)
    777 Third Avenue
    New York, New York 10017
    212.755.3100